IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02161-RPM

KATHERINE CARLSON and CORWIN CARLSON,

    Plaintiffs

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, a Foreign Corporation,

    Defendant
_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

    THIS MATTER coming before the Court on the Stipulation for Dismissal With Prejudice filed by the parties, and the Court being fully advised in the premises.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation is approved. All Claims and Counterclaims in this matter are hereby dismissed with prejudice, with each party to pay their own costs and attorney's fees.

    Entered this 21st day of May, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge